UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WARREN SCOTT PUGH | * | NO: 07-5527 |
| | * | |
| VERSUS | * | SECTION: A |
| | * | JUDGE JAY C. ZAINEY |
| DIAMOND OFFSHORE DRILLING, INC. | * | MAGISTRATE: 3 |
| | * | DANIEL E. KNOWLES, III |

*****************************************************************************

**VERDICT FORM**

**I. JONES ACT AND UNSEAWORTHINESS CLAIMS**

1. Do you find that Diamond Offshore Management Company was negligent on June 27, 2005, in a manner which was a cause of injury, in whole or in part, to the plaintiff Warren Scott Pugh?

Yes ______ No ✓

**Proceed to Question No. 2.**

2. Was the OCEAN DRAKE unseaworthy on June 27, 2005, in a manner which was a cause of injury to the plaintiff Warren Scott Pugh?

Yes ______ No ✓

**If you answered "No" to both Question No. 1 and Question No. 2 above, then skip Question Nos. 3, 4, and 5 and proceed directly to Question No. 6. If you answered "Yes" to either Question No. 1 or Question No. 2, then proceed to Question No. 3.**

3. Was the plaintiff Warren Scott Pugh negligent on June 27, 2005, in a manner which was a cause of his own injuries?

Yes ______ No ______

**If you answered "Yes" to Question No. 3 above, then proceed to Question No. 4. If you answered "No" to Question No. 3, then skip Question No. 4 and proceed directly to Question No. 5.**

4. Indicate what percentage, if any, of the plaintiff's damages you find to have been caused by the negligence of the plaintiff, Warren Scott Pugh, on June 27, 2005.

| | |
|---|---|
| DIAMOND OFFSHORE MANAGEMENT COMPANY | ______________% |
| WARREN SCOTT PUGH | ______________% |
| TOTAL | 100 % |

**Proceed to Question No. 5.**

5. What amount, if any, do you find will fairly and adequately compensate the plaintiff, Warren Scott Pugh, for his injuries? **(Do not make any deductions for the plaintiff's negligence, if any. The Court will make any calculations that are necessary.)**

Past, present and future physical pain and suffering . . . . . . . . . . . $____________

Past, present and future emotional and mental suffering . . . . . . . . $____________

Past and future medical expenses . . . . . . . . . . . . . . . . . . . . . . . . . . $____________

Past loss of wages and fringe benefits . . . . . . . . . . . . . . . . . . . . . . $____________

Future loss of wages and fringe benefits . . . . . . . . . . . . . . . . . . . $__________

Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $__________

**If you answered "Yes" to <u>either</u> Question No. 1 or Question No. 2 then skip Question No. 6 and proceed directly to Question No. 7.**

## II. <u>MAINTENANCE AND CURE CLAIM</u>

6. Do you find that Warren Scott Pugh sustained an injury while in service of the vessel employed by Diamond Offshore Management Company?

Yes ______ No __✓__

**If you answered "No" to Question No. 6, then sign and date this form and return to the courtroom. If you answered" Yes" to Question No. 6 then proceed to Question No. 7.**

7. During what time period do you find that Warren Scot Pugh was owed maintenance and cure?

Date_________________ to _________________

**If you awarded medical expenses in Question No. 5 above, then skip Question No. 8 and proceed directly to Question No. 9.**

8. Otherwise, what amount of medical expenses, if any, do you award Warren Scott Pugh as cure relating to the injury he sustained while working for Diamond Offshore Management Company ?

$____________________

**Proceed to Question No. 9.**

9. Do you find that Diamond Offshore Management Company denied maintenance and cure benefits to Warren Scott Pugh?

Yes ________ No ________

**If you answered "Yes" to Question No. 9, then proceed to Question No. 10. If you answered "No" to Question No. 9 then sign and date this form and return to the courtroom.**

10. Do you find that Diamond Offshore Management Company willfully denied maintenance and cure benefits to Warren Scott Pugh?

Yes ________ No ________

**Proceed to Question No. 11.**

11. Do you find that an award of attorney fees is appropriate due to Diamond Offshore Management Company's willful denial of maintenance and cure benefits to Warren Scott Pugh?

Yes ________ No ________

**Proceed to Question No. 12**

12. Do you find that Diamond Offshore Management Company was arbitrary and/or capricious in denying maintenance and cure benefits to Warren Scott Pugh.

Yes ________ No ________

**If you answered "Yes" to Question No. 12 then proceed to Question No. 13. If you answered "No" to Question No. 12 then sign and date this form and return to the courtroom.**

13. Do you find that Warren Scott Pugh suffered a worsening of his condition due to the arbitrary and/or capricious failure of Diamond Offshore Management Company to pay maintenance and cure benefits?

Yes ______ No ______

**If you answered "Yes" to Question No. 13, then proceed to Question No. 14. If you answered "No" to Question No. 13 then sign and date this form and return to the courtroom.**

14. What amount of damages, if any, do you award for the worsening of Warren Scott Pugh's condition due to Diamond Offshore Management Company's arbitrary and/or capricious failure to pay maintenance and cure benefits?

$________________

New Orleans, Louisiana this 17th day of March, 2009

______________________
Foreperson