UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WARREN SCOTT PUGH | CIVIL ACTION |
| VERSUS | NO: 07-5527 |
| DIAMOND OFFSHORE DRILLING, INC., et al | SECTION: "A" |

# JUDGMENT

This cause having been tried and submitted to a jury, and the jury having returned a verdict; Accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of the defendants, Diamond Offshore Management Company and Diamond Offshore Services Company, and against the plaintiff, Warren Scott Pugh.

New Orleans, Louisiana, this 19th day of March 2009.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE